IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IKE EURE, | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 08-1651 |
| | : | |
| DAVID DIGUGLIELMO, et al., | : | |
| Respondents. | : | |

**ORDER**

AND NOW, this 31st Day of October, 2008, upon consideration of the Petition for a Writ of Habeas Corpus (Doc. No. 1) and the Report and Recommendation of Magistrate Judge Henry S. Perkin (Doc. No. 11), to which no objections have been made, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. This civil action is **STAYED** until disposition by the state courts of Petitioner's unexhausted claims.

3. Petitioner shall resume these proceedings within **30 days** after exhausting his state court remedies.

4. The Clerk of Court shall mark this action closed for statistical purposes and place the matter in the Civil Suspense File. I shall retain jurisdiction and this case will be restored to the trial docket when the action is in a status so that it may proceed to final disposition.

AND IT IS SO ORDERED.

s/ Paul S. Diamond

**Paul S. Diamond, J.**